Joseph G. Pia, joe.pia@padrm.com (9945)
Sara E. Payne spayne@padrm.com (14008)
**PIA ANDERSON DORIUS REYNARD & MOSS**
222 S. Main Street, Suite 1830
Salt Lake City, UT  84111
Telephone:  (801) 350-9000
Facsimile: (801) 350-9010
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ITN FLIX, LLC, a Utah limited liability company;<br><br>                Plaintiff,<br><br>      v.<br><br>GLORIA HINOJOSA, an individual;  AMSEL, EISENSTADT, & FRAZIER: A TALENT & LITERARY AGENCY, INC., a California corporation; ROBERT RODRIGUEZ, an individual;  TROUBLEMAKER STUDIOS, L.P., a Texas limited partnership; EYA PRODUCTIONS, INC., a Texas corporation; MACHETE KILLS, LLC, a Texas limited liability company; MACHETE'S CHOP SHOP, INC., a Texas corporation; OVERNIGHT, LLC, a Delaware limited liability company; ALDAMISA ENTERTAINMENT, LLC, a California limited liability company; 1821 PICTURES, INC., a California corporation; QUICK DRAW PRODUCTIONS, LLC, a Texas limited liability company; OVERNIGHT FILMS, LLC, a Delaware limited liability company; OPEN ROAD FILMS, LLC, a Delaware limited liability company; and DOES 1-100.<br><br>                Defendants. | **REQUEST TO SUBMIT<br>FOR DECISION**<br><br>**(Defendant Robert Rodriguez and Machete Kills, LLC's Motion to Dismiss First Amended Complaint, or in the Alternative, For a More Definite Statement)**<br><br><br>Case No. 1:13-cv-00022-RJS<br><br><br>Judge: Robert J. Shelby |

Plaintiff, ITN Flix, LLC ("ITN"), hereby submits for decision Defendant Robert Rodriguez and Machete Kills, LLC's ("Defendant's") Motion to Dismiss (the "*Motion*").  The following pleadings have been filed in conjunction with the Motion:

1. On July 12, 2013, Defendant's filed the Motion and supporting Memorandum, Dkt. No. 91.

2. On October 2, 2013, ITN filed their Memorandum in Opposition to the Motion, Dkt. No. 119.

3. On November 6, 2013, Defendant filed their Reply in Support of the Motion, Dkt. No. 131.  The Motion has been fully briefed.  Defendants have requested a hearing to present oral arguments in support of the Motion.

RESPECTFULLY SUBMITTED this 19th day of November 2013.

PIA ANDERSON DORIUS REYNARD & MOSS

  /s/ *Joseph G. Pia*
Joseph G. Pia
Sara E. Payne
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2013, I caused a true and correct copy of the foregoing **REQUEST TO SUBMIT FOR DECISION** to be served via the Court's ECF filing system upon all counsel.

                                        */s/ Joseph G. Pia*
                                        Joseph G. Pia
                                        *Attorney for Plaintiff*